THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

 v.

JOON JUN,

    Defendant.

No. 2:21-cr-00135 RAJ

ORDER GRANTING MOTION FOR LEAVE TO TRAVEL TO SOUTH KOREA AND TO CONTINUE SENTENCING HEARING DATE

THIS MATTER, having come before the Court on Defendant Joon Jun's Unopposed Motion for Travel Outside the United States While Released on Bond, and the Court having reviewed the motion and being fully advised, now therefore,

IT IS HEREBY ORDERED that the Motion (Dkt. # 61) is GRANTED. Defendant Joon Jun is permitted to travel to South Korea from January 7, 2022 to March 18, 2022, to attend to the health and care of his mother. The Clerk's Office shall release his passport to him for this purpose. Upon returning to the United States, Mr. Jun shall immediately re-surrender his passport to the Clerk's Office no later than March 25, 2022.

IT IS FURTHER ORDERED that the sentencing hearing in this matter is continued from December 3, 2021 to April 1, 2022 at 10:00 a.m.

DATED this 19th day of November, 2021.

*Richard A. Jones*
HONORABLE RICHARD A. JONES
United States District Judge

ORDER – Page 1
No. 2:21-cr-00135-RAJ

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900