The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOON JUN,<br><br>　　　　　　Defendant. | No. CR21-00135 RAJ<br><br>ORDER GRANTING MOTION TO SEAL ATTACHMENT A TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR MODIFICATION OF TERMS OF SENTENCE RELATED TO CONFINEMENT AND EMERGENCY ORDER FOR MEDICAL TREATMENT |

　　　　This matter has come before the Court on the motion to seal Attachment A to the Government's Response to Defendant's Motion for Modification of Terms of Sentence Related to Confinement and Emergency Order for Medical Treatment.   The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Attachment A to the Government's Response to Defendant's Motion for Modification of Terms of Sentence Related to Confinement and Emergency Order for Medical Treatment, due to the sensitive information contained therein.

///

///

///

ORDER GRANTING MOTION TO SEAL - 1
*U.S. v. Jun,* CR21-00135RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that the Motion to Seal (Dkt. 130) is GRANTED. Attachment A to the Government's Response to Defendant's Motion for Modification of Terms of Sentence Related to Confinement and Emergency Order for Medical Treatment shall remain under seal.

DATED this 31st day of October, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 2
*U.S. v. Jun,* CR21-00135RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970